IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY<br>400 Second Avenue South<br>Minneapolis, MN 55401<br><br>Plaintiff,<br><br>v.<br><br>KRISTIAN E. WARNER<br>2044 Lakeside Drive<br>Morgantown, WV 26508<br><br>ANDREW M. WARNER<br>3110 Greystone Drive<br>Morgantown, WV 26508<br><br>and<br><br>MONROE P. WARNER<br>2567 University Avenue<br>Morgantown, WV 26505<br><br>Defendants. | Civil Action No. _____ |

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Old Republic National Title Insurance Company, makes the following disclosure:

1. Is the party a non-governmental corporate party?   __X__Yes    _____No

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    Old Republic International Corporation, a Delaware Corporation.

3.  If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: May 4, 2010                                    Respectfully submitted,

                                                      /s/ Jennifer S. Caradine
                                                      Jennifer S. Caradine (WV Bar No.9407)
                                                      Jason S. Long (WV Bar No. 9080)
                                                      Dinsmore & Shohl LLP
                                                      215 Don Knotts Blvd., Suite 310
                                                      Morgantown, WV  26501
                                                      Telephone: (304) 296-1100
                                                      Fax: (304) 296-6116
                                                      *Counsel for Plaintiff*